120 A.3d 943

IN THE MATTER OF ADAM K. BLOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 046571993).

September 10, 2015.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 14–343, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **ADAM K. BLOCK** of **CLIFTON,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with the client), *RPC* 5.5(a)(1) (practicing law while ineligible), *Rule* 1:20–3(g)(3) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities;  and good cause appearing;

It is ORDERED that **ADAM K. BLOCK** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective October 9, 2015;  and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys;  and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.